AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| OMAR WEAVER ROSALES<br>*Plaintiff*<br>v.<br>TRAVIS COUNTY, TIM SULAK<br>*Defendant* | Civil Action No. 1:21-CV-772-DAE |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ 0.00 ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  That Plaintiff recover nothing and that the action be dismissed on the merits.  Plaintiff's claims for recovery of costs and attorney's fees from defendant judges are barred.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David Alan Ezra  on a motion for dismissal filed by Defendants Sally Hernandez, Sarah Eckhardt, and Judges Tim Sulak and Orlinda Naranjo and Travis County

Date:  07/18/2022

**Philip J. Devlin**
*CLERK OF COURT*

*/s/ Jay Vicha*
*Signature of Clerk or Deputy Clerk*